**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**


DAVID WAYNE CALDWELL                                                    PLAINTIFF

v.                                        Case No. 2:15-CV-2110

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                         DEFENDANT


## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ADJUDGED this 13th day of September, 2016.


/s/ P. K. Holmes, III

P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE